FILED

01/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0259

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0259

_____

IN RE THE MARRIAGE OF:

CHELSEY E. GEORGE, f/k/a CHELSEY E.
FRANK,

       Petitioner and Appellant,

  v.

MICHAEL E. FRANK,

       Respondent and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 19 2022